UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEU CONSTRUCTION ) <br> SERVICES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:17-cv-00803-JAR |

## ORDER

This matter is before the Court on Defendants Joe Adams and Deanna Daughhetee's ("Defendants") Motion to Set Aside Entry of Default and File an Answer out of Time (Doc. 19). On May 30, 2017, after a hearing at which counsel for Plaintiff and Defendants appeared, United States Magistrate Judge David D. Noce entered an Order and Recommendation, recommending that the Court grant Defendant's Motion, there being no objection by Plaintiff (Doc. 23). Upon careful review of the record and for good cause shown, the Court will grant Defendants' Motion. See Fed. R. Civ. P. 55(c); Johnson v. Dayton Elec. Mfg. Co., 140 F.3d 781, 783-84 (8th Cir. 1998).

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge (Doc. 23) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendants' Motion to Set Aside Entry of Default and File Answer out of Time (Doc. 19) is **GRANTED**.

Dated this 16th day of June, 2017.

                                                  _____
                                                  JOHN A. ROSS
                                                  UNITED STATES DISTRICT JUDGE